# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**THELMA WILLIAMS**
**ADC #93197**                                                **PLAINTIFF**

v.                     **5:12-cv-238-DPM-JTK**

**D.L. SLOAN** *et al.*                                       **DEFENDANTS**

## ORDER

The Court has considered Magistrate Judge Kearney's Proposed Findings and Recommendations, *Document No. 15*, and Thelma Williams's objection with attached exhibits, *Document No. 18*. After conducting a *de novo* review, the Court adopts Judge Kearney's recommended disposition as its own. FED. R. CIV. P. 72(b)(3). Defendants Correctional Medical Services, Green, Cook, Stratton, Kelley, Jackson, Hill, Davis, Duck, Williams, and Robertson are dismissed from this action without prejudice. Aside from the food poisoning claim, which falls within the imminent-danger exception to the Prison Litigation Reform Act's three-strike rule, all other claims against

Sloan and Manchbanks are dismissed without prejudice.

If Williams wishes to proceed with the dismissed claims and against dismissed defendants in this case, he must, within thirty days of the entry of this Order: (1) pay the statutory filing fee of $350 in full, noting the case style and number; and (2) file a motion to amend and reassert these allegations. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 October 2012