**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THELMA WILLIAMS,
ADC #93197                                                                                         PLAINTIFF

v.                              5:12-cv-00238-DPM-JTK

D. L. SLOAN, et al.                                                            DEFENDANTS

**<u>ORDER</u>**

Plaintiff has filed a Motion to Dismiss his unexhausted claims (Doc. No. 21). However, the Court is not clear which claims Plaintiff wishes to dismiss. Therefore, Plaintiff shall supplement his motion, within ten days of the date of this Order, by clarifying which claims against which Defendants he wishes to dismiss.

IT IS SO ORDERED this 12th day of October, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE