**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

THELMA WILLIAMS,
ADC #93197                                                                             PLAINTIFF

v.                            5:12-cv-00238-DPM-JTK

D. L. SLOAN, et al.                                                               DEFENDANTS

### ORDER

By Order dated September 24, 2012, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants (Doc. No. 14). Summons was returned, unexecuted, with respect to Defendant D. L. Sloan on October 9, 2012 (Doc. No. 22). Included with the return and filed under seal is a memo containing Defendant Sloan's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant D. L. Sloan, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 13) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 12th day of October, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE