IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS
ADC #93197                                                                                      PLAINTIFF

v.                                          5:12-cv-238-DPM-JTK

D.L. SLOAN, Maximum Security Unit,
ADC and MANCH BANKS, Sgt.,
Maximum Security Unit, ADC                                                         DEFENDANTS

ORDER

The Court has considered Magistrate Judge Kearney's Proposed Findings and Recommendations. *Document No. 35.* No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b), and for legal error, the Court adopts the proposal as its own. Williams asked the Court to order Defendants not to retaliate against him for filing this lawsuit. Williams has been released from ADC incarceration, so his request for preliminary injunctive relief , *Document No. 8*, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 December 2012