# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**THELMA WILLIAMS**
**ADC #93197**                                                    **PLAINTIFF**

v.                              **5:12-cv-238-DPM-JTK**

**D.L. SLOAN, Maximum Security Unit,**
**ADC and MANCH BANKS, Sgt.,**
**Maximum Security Unit, ADC**                           **DEFENDANT**

## ORDER

The Court has considered Magistrate Judge Kearney's Proposed Findings and Recommendations. *Document No. 39.* No one has objected. Having reviewed for clear errors of fact on the face of the record and for legal error, the Court adopts the proposal. Fed. R. Civ. P. 72(b) (Advisory Committee Notes to the 1983 Addition). All claims against D.L. Sloan are dismissed without prejudice for lack of service.

So Ordered.

D.P. Marshall Jr.
United States District Judge

31 January 2013