IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THELMA WILLIAMS                                                      PLAINTIFF

v.                           No. 5:12-cv-238-DPM

D.L. SLOAN, Maximum Security Unit, ADC;
CORRECTIONAL MEDICAL SERVICES;
CHARLOTTE GREEN, Nurse, Maximum Security Unit,
ADC; R. COOK, Varner Unit, ADC; STRATTON,
Nurse, Varner Unit, ADC; WENDY KELLEY,
Assistant Medical Director, Arkansas Department;
JACKSON, Lieutenant, Maximum Security Unit,
ADC; SHELIA HILL, Nurse, Maximum Security Unit,
ADC; C. DAVIS, Sergeant, Maximum Security Unit,
ADC; EDWARD MARCHBANKS, Sergeant,
Maximum Security Unit, ADC; DUCK, Sergeant,
Maximum Security Unit, ADC; KYLE WILLIAMS,
Lieutenant, Maximum Security Unit, ADC; and
ROBERTSON, Nurse, Maximum Security Unit,
ADC                                                                 DEFENDANTS

JUDGMENT

All claims are dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

14 January 2014