# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**THELMA WILLIAMS**                                             **PLAINTIFF**

v.                     **No. 5:12-cv-238-DPM**

**EDWARD MARCHBANKS, Sergeant,**
**Maximum Security Unit, ADC**                                **DEFENDANT**

## ORDER

The Court has entered judgment. None of Williams's new motions, № 71, 72, & 73, appear to seek relief from the judgment. They are denied without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 January 2014