IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THELMA WILLIAMS**                                       **PLAINTIFF**

v.                         No. 5:12-cv-238-DPM

**EDWARD MARCHBANKS, Sergeant,**
**Maximum Security Unit, ADC**                       **DEFENDANT**

### ORDER

The Court has entered judgment. None of Williams's new motions, № 71, 72, & 73, appear to seek relief from the judgment. They are denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2014